NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000148
05-JUN-2013
10:00 AM

NO. CAAP-13-0000148

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ROBERT SMITH, JR., Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 12-1-0463)

ORDER APPROVING THE MAY 15, 2013
STIPULATION FOR DISMISSAL OF APPEAL WITHOUT PREJUDICE
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the parties' May 15, 2013 Stipulation for Dismissal of Appeal Without Prejudice, and the record,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b) and (c). The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 5, 2013.

Chief Judge

Associate Judge

Associate Judge